IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      )
                              )
            V.                )   Criminal No. 05-306
                              )
BESS CUBBAGE                  )

**ORDER OF COURT**

AND NOW, to-wit, this 21st day of Dec, 2006, upon consideration of the foregoing Motion to Seal, it is hereby ORDERED, ADJUDGED AND DECREED that said motion be, and the same hereby is, granted.  It is FURTHER ORDERED that said memorandum shall remain sealed until further Order of Court.

_____
Gary L. Lancaster
United States District Judge