IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 05-306 |
| | ) |
| BESS CUBBAGE, | ) |
| Defendant. | ) |

## ORDER

AND NOW, this 8th day of February, 2007, IT IS HEREBY ORDERED that the judgment and commitment order, dated January 8, 2007, is amended to include the following condition of probation:

> "The defendant shall be placed on home detention for a period of 90 days. During this time, the defendant shall remain at her place of residence except for employment, doctor's appointments and other activities approved in advance by the probation officer. At the direction of the probation officer, she shall wear an electronic device and shall observe the rules specified by the probation department."

All other terms of the court's sentence shall remain in full force and effect.

BY THE COURT:

_____, J.

cc:   Brendan T. Conway,
      Assistant United States Attorney

      Jay J. Finkelstein,
      Assistant Federal Public Defender

      United States Marshal

      United States Probation

      United States Bureau of Prisons