Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

2007 FEB 15 AM 2:07

U.S.A. vs. Bess Cubbage                                    Docket No. 05-00306-001

### Petition on Probation

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Bess Cubbage, who was placed on supervision by the Honorable Gary L. Lancaster sitting in the Court at Pittsburgh, on the 5th day of January 2007, who fixed the period of supervision at two years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Shall not possess a firearm, ammunition, dangerous weapon, or any other destructive device.
- Shall submit to urinalysis and shall participate in substance abuse treatment program.
- Shall participate in a mental health treatment program.
- Shall cooperate in the collection of DNA.
- Shall pay a special assessment of $100 and $59,038.98 restitution.
- Shall provide the probation officer with access to any requested financial information.
- Shall not incur new credit charges or open additional lines of credit without probation officer approval.

01-05-07:   Conspiracy; 2 years' probation; Currently supervised by U.S. Probation Officer Jeffrey A. Birt.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

Your Petitioner reports that urine specimens collected from the offender on January 8, 2007, and January 19, 2007, tested positive for morphine. A urine specimen collected on January 24, 2007, tested positive for morphine and cocaine. On February 7, 2007, the offender entered an inpatient substance abuse treatment program at Gaudenzia in Erie, Pennsylvania. It is felt that a more structured environment in conjunction with substance abuse treatment may enhance the offenders's ability to get her substance abuse problem under control. As such, the probation office is recommending that following the completion of the inpatient treatment program that the offender be placed at a community corrections center (Renewal, Incorporated) for a period of three months. Ms. Cubbage has agreed to this modification and has signed the attached Probation Form 49.

PRAYING THAT THE COURT WILL ORDER the term of probation be modified to include a special condition requiring residence at the community corrections center (Renewal Center) for a period of three months, to commence at the direction of the U.S. Probation Office.

ORDER OF COURT

Considered and ordered this 15th day of Feb, 20 07 and ordered filed and made a part of the records in the above case.

_____
United States District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    February 8, 2007

_____
Jeffrey A. Birt
U.S. Probation Officer

_____
Roselyn Gerson
Supervising U.S. Probation Officer

Place:   Pittsburgh, PA

PROB 49
(3 89)

# United States District Court

### Western District Of Pennsylvania

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The probationer shall be placed at the Community Corrections Center, Renewal Incorporated, for a a period of three (3) months, to commence at the direction of the United States Probation Office.

Witness: _Jeffrey A. Birt_
Jeffrey A Birt
United States Probation Officer

Signed: _Bess Cubbage_
Bess Cubbage
Probationer or Supervised Releasee

1/19/07
Date