SCANNED

Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
# WESTERN DISTRICT OF PENNSYLVANIA

**U.S.A. vs. Bess Cubbage**                    **Docket No. 05-00306-001**

### Petition on Probation

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Bess Cubbage, who was placed on supervision by the Honorable Gary L. Lancaster sitting in the Court at Pittsburgh, on the 5th day of January  2007, who fixed the period of supervision at two years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Shall not possess a firearm, ammunition, dangerous weapon, or any other destructive device.
- Shall submit to urinalysis and shall participate in substance abuse treatment program.
- Shall participate in a mental health treatment program.
- Shall cooperate in the collection of DNA.
- Shall pay a special assessment of $100 and $59,038.98 restitution.
- Shall provide the probation officer with access to any requested financial information.
- Shall not incur new credit charges or open additional lines of credit without probation officer approval.

01-05-07:    Conspiracy; 2 years' probation; Currently supervised by U.S. Probation Officer Jeffrey A. Birt.

02-08-07:    Order signed by Judge Lancaster; Clerical omission rectified; Term of probation amended to include  90 days home detention with electronic monitoring.

02-15-07:    Order signed by Judge Lancaster; Term of probation modified to include a special condition requiring residence at the community corrections center (Renewal Center) for a period of  3 months.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

Your Petitioner reports that on February 7, 2007, Ms. Cubbage entered the inpatient substance abuse treatment program at Gaudenzia, Erie, Pennsylvania.  She successfully completed that program and on March 20, 2007, she began residing at the Gaudenzia Community House.  Community House is a substance abuse treatment halfway-house.  Ms Cubbage has agreed to remain at Community House for 180 days.  According to her therapist at Community House, Ms. Cubbage is progressing very well in her recovery and has obtained employment.  Based on the aforementioned positive progress the offender has made and the length  of time she  has  agreed to remain at the halfway-house, it is felt that placement at the community corrections center (Renewal Center) may be counterproductive at this time.  As such , it is the recommendation of the Probation Office that the special condition of supervision requiring residence at the community corrections center (Renewal Center) for a period of three months be removed.

U.S.A. vs. Bess Cubbage
Docket No. 05-00306-001
Page 2

PRAYING THAT THE COURT WILL ORDER that the special condition of supervision requiring residence at the community corrections center (Renewal Center) for a period of three months be removed.

I declare under penalty of perjury that the foregoing is true and correct.

ORDER OF COURT

Considered and ordered this _____ day of _____, 20___ and ordered filed and made a part of the records in the above case.

_____
United States District Judge

Executed on          May 1, 2007
_____

_____
Jeffrey A. Birt
U.S. Probation Officer

_____
Roselyn Gerson
Supervising U.S. Probation Officer

Place:          Pittsburgh, PA
_____