Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

2008 NOV 17 PM

U.S.A. vs. Bess Cubbage
Docket No. 05-00306-001

### Petition on Probation

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Bess Cubbage, who was placed on probation by the Honorable Gary L. Lancaster sitting in the Court at Pittsburgh, Pennsylvania, on the 5th day of January 2007, who fixed the period of probation at two years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- To submit to urinalysis and to participate in a substance abuse treatment program.
- To cooperate in the collection of DNA.
- To participate in a mental health program.
- To pay restitution in the amount of $59,038.98 through monthly installments of not less than 10 percent of her net monthly income.
- To provide the probation officer with access to any requested financial information.
- To not incur new credit charges or open additional lines of credit, without approval of the probation officer, unless she is in compliance with the payment schedule.
- To pay a special assessment of $100.
- To notify the U.S. Attorney's Office of any change of address within 30 days while any portion of restitution remains outstanding.

<u>01-05-07</u>: Conspiracy; 2 years' probation; Released to supervision; Currently supervised by U.S. Probation Officer Rosa A. Doherty.
<u>02-08-07</u>: Order signed by Judge Lancaster to place defendant on home detention for 90 days.
<u>02-15-07</u>: Petition signed by Judge Lancaster to place defendant at Renewal for 3 months.
<u>05-07-07</u>: Petition signed by Judge Lancaster removing placement at Renewal for 3 months.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

Your Petitioner reports that Ms. Cubbage has paid $457.14 toward her restitution since the beginning of her probation, leaving a balance of $58,581.84. Her special assessment has been paid in full. She has provided the Probation Office with access to requested financial information, has not incurred new credit charges or opened any new lines of credit, and has remained employed throughout most of her supervision. She has attended outpatient drug and alcohol counseling sessions, and her urine samples have tested negative for drug usage.

U.S.A. vs. Bess Cubbage
Docket No. 05-00306-001
Page 2

**PRAYING THAT THE COURT WILL ORDER** that the term of probation imposed at Criminal No. 05-00306-001 be allowed to expire as scheduled with the restitution owing.

ORDER OF COURT

Considered and ordered _18_ day of _May_, _08_ and ordered filed and a part of the records in the above case.

_____
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  November 17, 2008

_____
Rosa A. Doherty
U.S. Probation Officer

_____
Paul J. Dippolito
Supervising U.S. Probation Officer

Place:   Pittsburgh, Pennsylvania